**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Massachusetts
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Turtle Lane LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   4 6 – 4 4 8 6 7 8 8

4. **Debtor's address**

   **Principal place of business**

   77 Oldham Road
   Number    Street

   _____

   Newton           MA    02465
   City             State  ZIP Code

   Middlesex
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   283 Melrose Street
   Number    Street

   _____

   Auburndale     MA    02466
   City           State  ZIP Code

5. **Debtor's website** (URL)  _____

Debtor    Turtle Lane LLC    Case number (if known)_____
         Name

| 6. | Type of debtor | X Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|  |  | ❏ Partnership (excluding LLP) |
|  |  | ❏ Other. Specify: _____ |

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. § 101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❏ None of the above

B. Check all that apply:

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  3  1  3

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|---|---|---|

❏ Chapter 7
❏ Chapter 9
X Chapter 11. Check all that apply:

❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❏ A plan is being filed with this petition.

❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | X No |
|---|---|---|
|  | If more than 2 cases, attach a separate list. | ❏ Yes. District _____ When _____ Case number _____ |
|  |  |       MM / DD / YYYY |
|  |  | District _____ When _____ Case number _____ |
|  |  |       MM / DD / YYYY |

Debtor ____Turtle Lane LLC_____     Case number (if known)_____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | X  No<br>❏  Yes.  Debtor _____  Relationship _____<br>        District _____  When ____/____/_____<br>                                                                                     MM  /  DD  / YYYY<br>        Case number, if known _____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | X  No<br>❏  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>❏ It needs to be physically secured or protected from the weather.<br><br>❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>❏ Other _____<br><br>**Where is the property?**_____<br>                                Number     Street<br>                            _____<br>                    _____     ____  _____<br>                    City                                              State ZIP Code<br><br>**Is the property insured?**<br>❏ No<br>❏ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>X Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | X 1-49      ❏ 1,000-5,000      ❏ 25,001-50,000<br>❏ 50-99      ❏ 5,001-10,000      ❏ 50,001-100,000<br>❏ 100-199      ❏ 10,001-25,000      ❏ More than 100,000<br>❏ 200-999 |

Official Form 201                       Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

Debtor  Turtle Lane LLC  Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>X $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/20/2025
            MM / DD / YYYY

✗ /s/ Donna Vona                                   Donna Vona
Signature of authorized representative of debtor   Printed name

Title  Manger

**18. Signature of attorney**

✗ /s/ Christopher M. Condon          Date  08/20/2025
Signature of attorney for debtor           MM / DD / YYYY

Christopher M. Condon
Printed name
Bowditch & Dewey, LLP
Firm name
75 Federal Street, Suite 1000
Number     Street
Boston                              MA         02110
City                                State      ZIP Code

617-757-6513                        ccondon@bowditch.com
Contact phone                       Email address

652430                              MA
Bar number                          State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **4**