**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TURTLE LANE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11733 (CJP) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010, and Local Rules 2002-1 and 9010-1, Dedham Institution for Savings by and through its counsel Riemer & Braunstein LLP, hereby appears in the above-captioned case and requests that notices of all matters in the case be served upon its attorneys, as follows:

Alan L. Braunstein, Esquire
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, MA 02114
Telephone: (617) 880-3516
Facsimile: (617) 692-3516
Email: abraunstein@riemerlaw.com

Request is hereby also made for service of copies of all pleadings and papers, including but not limited to motions, orders and notice of all hearings, or other pleadings, relating to any issue which may be raised in the above-captioned case.

DEDHAM INSTITUTION FOR SAVINGS,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: September 4, 2025

*/s/ Alan L. Braunstein*
Alan L. Braunstein, BBO #546042
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
(617) 880-3516
abraunstein@riemerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>TURTLE LANE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11733 (CJP) |

**CERTIFICATE OF SERVICE**

I, Alan L. Braunstein, Esquire, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on September 4, 2025 a true and accurate copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** by electronic notification **(EN)** where indicated, to the individuals listed below and any other party receiving electronic notification in this case.:

Office of the United States Trustee
Jacqueline F. Dagle, Esq.
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV; jacqueline.f.dagle@usdoj.gov (EN)

Christopher M. Condon, Esq.
Bowditch & Dewey, LLP
75 Federal Street, Suite 1000
Boston, MA 02110
ccondon@bowditch.com (EN)

RIEMER & BRAUNSTEIN LLP

*/s/ Alan L. Braunstein* ________________
Alan L. Braunstein, BBO #546042
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
(617) 880-3516
abraunstein@riemerlaw.com