

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Turtle Lane LLC** | **Chapter 11** |
| **Debtor(s)** | **25-11733-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#24 Motion filed by Creditor Dedham Institution for Savings for Relief from Stay Re: 283 Melrose Street, Newton, Massachusetts.

**Decision set forth as follows:**

HYBRID HEARING HELD AND CONTINUED TO MAY 12, 2026 AT 10:00 A.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MAY 11, 2026 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 04/02/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge