

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Turtle Lane LLC**<br>**Debtor(s)** | **Chapter 11**<br>**25-11733-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#85 Joint Motion filed by Creditor City Of Newton to Appoint Trustee.

**Decision set forth as follows:**

FOR THE REASONS STATED ON THE RECORD AND CAUSE APPEARING, THE REQUEST TO APPOINT A CHAPTER 11 TRUSTEE IS GRANTED. THE U.S TRUSTEES OFFICE SHALL APPOINT A CHAPTER 11 TRUSTEE.

Dated: 04/02/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge