

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Turtle Lane LLC**<br>**Debtor(s)** | **Chapter 11**<br>**25-11733-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#96 Expedited Motion filed by Creditor Dedham Institution for Savings For Comfort Order That its Pending State Court Action Against Non-debtor Defendants Does Not Violate the Automatic Stay (Expedited Hearing Requested).

**Decision set forth as follows:**

GRANTED. THE DEBTOR ACKNOWLEDGED ON THE RECORD THAT AN ACTION AGAINST THIRD PARTIES IS NOT PROHIBITED BY THE STAY, BUT RESERVED ALL RIGHTS.

Dated: 04/02/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge