UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TURTLE LANE, LLC, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Case No. 25-11733-CJP |
| | ) | |

**APPLICATION AND CERTIFICATE OF
APPOINTMENT OF CHAPTER 11 TRUSTEE
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 11 U.S.C. § 1104(a) and (d) and Fed. R. Bank. P. 2007.1(c), William K. Harrington, the United States Trustee for Region 1 ("U.S. Trustee"), respectfully moves this Court to approve the appointment of John Desmond ("Desmond"), as chapter 11 trustee ("Trustee") for the estate of Turtle Lane, LLC ("Debtor"), and, subject to the Court's approval, certifies Desmond's appointment as Trustee.

In support, the U.S. Trustee states as follows:

1.      At the hearing on March 30, 2026, the Court directed the appointment of a chapter 11 trustee in the Debtor's chapter 11 case.

2.      The U.S. Trustee seeks to appoint Desmond as Trustee.

3.      Subject to this Court's approval, Desmond has accepted the appointment of Trustee, as indicated on the enclosed Trustee's Acceptance.

4.      The U.S. Trustee has consulted with parties-in-interest regarding the appointment of a

chapter 11 trustee including counsel for the Debtor (Christoper Condon, Esq.), counsel for Creditor Dedham Institution for Savings (Alan L. Braunstein, Esq.), and counsel for Creditor City of Newton (Hanna Redd, Esq.), regarding the appointment.

5.      To the best of his knowledge, the U.S. Trustee is not aware that Desmond has any connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any persons employed by the U.S. Trustee, except as set forth in the verified statement of Desmond attached hereto.

For these reasons, the U.S. Trustee respectfully requests that the Court indicate its approval of the appointment of Desmond as Trustee by executing this Application in the space below.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION 1

By:     /s/Jacqueline F. Dagle
        Jacqueline F. Dagle, BBO#712288
        United States Department of Justice
        John W. McCormack Post Office & Courthouse
        5 Post Office Square, 10th Floor, Suite 1000
        Boston, MA  02109-3934
        Phone: (202) 341-9563
Dated:  April 1, 2026          Jacqueline.F.Dagle@usdoj.gov

The bond for the Trustee is initially set at $20,000.00.

The bond may require adjustment as the Trustee collects and liquidates assets of the estate. The Trustee shall immediately inform the United States Trustee when additional assets are collected so the United States Trustee can make a determination as to whether a bond is sufficient or changes are required.

The Trustee may retain professionals, if he determines that doing so is necessary to discharge his duties, with such retention to be subject to Court approval per 11 U.S.C. § 327. The Trustee and any professionals retained by him by order of the Court shall be compensated and reimbursed for their expenses under 11 U.S.C. § 330.

The Trustee shall fully cooperate with any governmental agencies including, but not limited to, any federal, state or local government agency that may be investigating the Debtor, its management or its financial condition.

All parties are directed to fully cooperate with the Trustee in connection with the performance of any of the Trustee's duties and the investigation.

Desmond is directed to discharge his duties as set forth in the Bankruptcy Code, including, without limitation, 11 U.S.C. § 1106.

**APPROVED:**

_____
Christopher J. Panos
United States Bankruptcy Judge

Signed this 6th day of April, 2026.

## TRUSTEE'S ACCEPTANCE

John O. Desmond, of 5 Edgell Road, Suite 30A, Framingham, MA 01701 accepts the foregoing appointment as trustee of the estate of Turtle Lane LLC and the duties and responsibilities as Trustee and obligates himself and his sureties under the terms of the bond to be filed with the United States Bankruptcy Court.

April 1, 2026

John O. Desmond