**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br>**Turtle Lane LLC**<br>**Debtor(s)** | **Chapter 7**<br>**25-11733-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
#162 Notice Of Intent To Abandon Real Property located at 283 Melrose Street, Newton, Massachusetts with certificate of service filed by Trustee John O. Desmond.

**Decision set forth as follows:**

FOR THE REASONS STATED ON THE RECORD, THE OBJECTION IS OVERRULED AND THE THE ASSET IS DEEMED ABANDONED.

Dated: 10/05/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge